# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Case No. 06-1473 (MJD/RLE)

Katherine M. Barker,

      Plaintiff,

v.                                                                                           **ORDER FOR DISMISSAL**

AFSCME Local #455 and
Steve Giorgi,

      Defendants.

Based upon the parties' Stipulation of Dismissal Pursuant to Federal Rule 41(a)(1)(ii), it is hereby ordered that Plaintiff's Complaint is dismissed in its entirety, with prejudice, with each party to bear its own costs, expenses and attorneys fees.

    SO ORDERED.

Dated: July 5, 2006                         s / Michael J. Davis
                                                             U.S. District Court Judge Michael J. Davis
                                                             United States District Court